**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| ROY B. MANSKER,<br><br>    Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, N.A. and<br>EQUIFAX INFORMATION SERVICES,<br>LLC,<br><br>    Defendants. | Case No. 1:18-cv-06176<br><br>Honorable Virginia M. Kendall<br><br>Honorable Mary M. Rowland<br>Magistrate Judge |

**NOTICE OF SETTLEMENT**

Plaintiff, ROY B. MANSKER, hereby notifies the Court that Plaintiff and Defendant, EQUIFAX INFORMATION SERVICES, LLC, have reached settlement, and are in process of completing the settlement agreement and filing a stipulation of dismissal. The parties request that the Court retain jurisdiction for any matter relating to completing the settlement agreement and/or enforcing the settlement agreement.

December 12, 2018

Respectfully submitted,

*/s/ Joseph Scott Davidson*

Joseph Scott Davidson
**SULAIMAN LAW GROUP, LTD.**
2500 South Highland Avenue
Suite 200
Lombard, Illinois 60148
+1 630-575-8181
jdavidson@sulaimanlaw.com

*Counsel for Roy B. Mansker*